AMELIA SALOMON, Appellant, *v.* JOSEPH SALOMON, Respondent.

*Salomon* v. *Salomon*, 150 App. Div. 903, affirmed.
(Argued March 20, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 6, 1912, which affirmed a judgment of Special Term limiting the amount of permanent alimony awarded to the plaintiff in an action for divorce.

*Henry M. Goldfogle* and *Alfred D. Lind* for appellant.

*Gilbert D. Lamb* and *James W. Osborne* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.